**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**
**CIVIL ACTION NO. 3:15-cv-00045-GFVT**

***Electronically filed***

**CHARLES STIVERS,**

**PLAINTIFF**

**v.**

**SHELBY COUNTY, KENTUCKY, et al.**

**DEFENDANTS**

***** *****

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned Counsel, Douglas C. Howard, and pursuant to Local Rule 83.6 moves this Honorable Court for leave to withdraw as counsel. As good cause, Counsel states as follows:

1. Counsel and Plaintiff have had communication issues since instituting this action which have led to a breakdown between the parties;

2. The Plaintiff is unwilling to take Counsel's advice which exacerbates the communication problem between us; and

3. Withdrawal at this time does not prejudice any of the parties.

4. Counsel requests that Plaintiff be given thirty days leave to find new representation.

Respectfully submitted,

*/s/ Douglas C. Howard*

Douglas C. Howard
Howard Law Group, PLLC
213 St Clair St, Ste 101
P. O. Box 562
Frankfort, Kentucky 40602-0562
PH: (502) 352-4950
Doug@HowardLawGroup.com
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the following by electronic mail or regular U.S. Mail, this 19th day of January, 2016.

Charles Stivers
1324 Powhatan Trail, #702
Frankfort KY 40601

Robert J. Shilts
3220 Office Pointe Place
Ste 200
Louisville KY 40220
rshilts@darbygazak.com
Counsel for Southern Health Partners, Inc.

Hon. Robert T. Watson
Hon. Chris J. Gadansky
9300 Shelbyville Rd, Ste 110
Louisville KY 40222
rwatson@mmlk.com
cgadansky@mmlk.com
Counsel for Shelby County, et. al.

*/s/ Douglas C. Howard*

Douglas C. Howard